JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/12/10 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- for transfer of actions (A-1 thru A-6) for pretrial proceedings -- filed by defts. Wiener, Zuckerbrot, Weiss & Brecher, Howell Bramson, Kenneth Zuckerbrot, Amy Meltzer, Linda Lerner, Haver, Porchenick & Co. and David Haver -- SUGGESTED TRANSFEREE DISTRICT:  S.D. New York -- SUGGESTED TRANSFEREE JUDGE:  ?   (paa) |
| 85/12/16 | | AMENDMENT TO HEARING ORDER FILED ON DEC.11, 1985 -- SETTING MOTION TO TRANSFER FOR HEARING ON JANUARY 23, 1986 IN MIAMI, FLORIDA (rh) |
| 85/12/20 | | APPEARANCES:  Paul Madden, Esq. for Ethanol Energy Partners, Ethanol Partners Accredited, Butcher & Singer, Inc., et al; Peter Anderson, Esq. for H. Wynne James, III, R. Neal Culver, etc.; Leo Kayser, III, Esq. for Linden Marchand, Jr., et al.; Patricia A. Pickrel, Esq. for Dwight F. Weeks, et al.; Ronald Coleman, Esq. for Ray Gatten; Abraham Reich, Esq. for Linde Thomson Fairchild Langworthy Kohn & Van Dyke, P.C. and James O. Selzer; Richard Russell, Esq. for National Union Fire Insurance Company of Pittsburgh, Pa.; Alexander Kerr, Esq. for Harold E. Card, William Palmer, Ira Palmer and Raymond Jallow; Robert Clark, Esq. for John Redd and J. Michael Redd; Peter Taylor, Esq. for Wright, Herfordt & Sanders and Carl Wrigth; Larry W. Joye, Esq. for Tim Compton; Sarah Speno, Pro Se; W. Kirby Lockhart, Esq. for James McEntire, III; Dana Pescosolido, Esq. for Henry C. McDonald, Mormac, Ltd.; Raymond Dahlberg, Esq. for Thomas Tierney and Tierney & Ernst; Abraham Reich, Esq. for Linde Thompson Fairchild, et al. (cds) |
| 85/12/26 | 2 | NOTICE OF RELATED ACTION -- Dwight W. Weeks, and Dion -- (Dion v. Ethanol Energy Partners, et al., D. N.J., C.A. No. 85-5564(FBL)) -- w/cert. of svc. (rh) |
| 85/12/26 | 3 | RESPONSE/MEMORANDUM -- (to pldg. #1) National Union Fire Insurance Co. of Pittsburgh, PA. -- w/cert. of svc. (rh) w/CROSSMOTION to add B-9, B-10, B-11 |
| 85/12/26 | 4 | RESPONSE --  (to Pldg. #1) Paul Lewis, et al. -- w/cert. of svc. (rh) |
| 85/12/26 | 5 | NOTICE OF RELATED ACTIONS -- Paul Lewis, et al. (National Union Fire Insurance Co. of Pittsburgh, PA. v. Van R. Hoisington, S.D. New York, C.A. No. 85-Civ-4554 and National Union Fire Insurance Co. of Pittsburgh, PA v. Paul Lewis, S.D. New York, C.A. No. 85-Civ-4376 (WCC)) -- w/cert. of svc. (rh) |

JPML FORM 1A

### DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION

| Date | Ref. | Plaintiff Description |
|------|------|------------------------|
| 85/12/26 | 6 | NOTICE OF RELATED ACTIONS -- Plaintiffs ETHANOL ENERGY PARTNERS, ET AL. w/cert. of svc. Home Centers, Inc., et al. v. George S. Hoffman, et al., N.D. Ohio, C85-1675A; Leo B. Kelly, Jr., et al. v. Ethanol Paretners Accredited, et al., W.D.Pa., C.A. No. 84-3028; Stuart D. Wechsler v. Ethanol Partners Accredited, et al., S.D. N.Y., C.A. No. 84 Civ 5217(WK); CCW Interests Inc. v. Ethanol Partners Accredited, et al., W.D.Pa., C.A. No. 85-2904; Nicholas J. Mekosh, et al. v. National Union Fire Insurance Co., E.D.Pa., C.A. No. 85-5261; Ethanol Partners Accredited, et al. v. National Union Fire Insurance Co. of Pgh., Pa., et al., E.D.Pa., C.A. No. 85-7058; National Union Fire Insurance Co. of Pgh., Pa., S.D.N.Y., C.A. No. 85 Civ 8065; National Union Fire Insurance Co. of Pgh., Pa., v. Linden P. Marchand, S.D.N.Y., C.A.No. 85 Civ 4095; National Union Fire Insurance Co. of Pgh., Pa. v. George S. Hoffman, S.D.N.Y., C.A. No. 85 Civ 9481; National Union Fire Insurance Co. of Pgh., Pa. v. Gary Peters, S.D.N.Y., C.A. No. 85 Ciuv 9480; National Union Fire Insurance Co. of Pgh., Pa. v. Larry D. Boggs, S.D.N.Y., C.A. No. 85 Civ 9479 -- w.cert. of service (rew) |
| 85/12/26 | 7 | RESPONSE -- (to Pldg. #1) H. Waynne James, III, et al. -- w/cert. of svc. (rh) |
| 85/12/27 | 8 | RESPONSE, MEMORANDUM, AND EXHIBITS -- (to pldg. #1) defts. Wright, Herfordt & Sanders and Carl E. Wright -- w/cert. of service (cds) |
| 85/12/27 | 9 | RESPONSE, MEMORANDUM -- (to pldg. #1) pltfs. Dwight F. Weeks, et al. -- w/cert. of service (cds) |
| 85/12/27 | 10 | RESPONSE, MEMORANDUM -- (to pldg. #1) deft. Carl F. Keller, Jr. -- w/cert. of service (cds) |
| 85/12/27 | 11 | RESPONSE -- (to pldg. #1) defts. Thomas W. Tierney and Tierney & Ernst -- w/Exhibits and cert. of service (cds) |
| 85/12/27 | 12 | RESPONSE, MEMORANDUM -- (to pldg. #1) defts. John P. Redd and Michael Redd -- w/cert. of service (cds) |
| 85/12/27 | 13 | RESPONSE, MEMORANDUM -- (to pldg. #1) defts. Harold E. Card, Raymond Jallow, Ira Palmer and William H. Palmer -- w/Exhibits and cert. of service (cds) |

JPML FORM 1A                                                          Page 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- __IN RE ETHANOL PLANTS SECURITIES LITIGATION__

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/12/27 | 14 | RESPONSE, MEMORANDUM -- (to pldg. #1) Butcher & Singer, Inc., Ethanol Ennergy Partners, Ethanol Partners Accredited, Butcher Capital Markets, Inc., B&S Holding Co., Jonathan Butcher, Fred E. Newberg, Joseph F. Hartnett, Jr., Howard B. Scherer, Julius Montagna, George S. Hoffman, Gary Peters, Larry Boggs and E. S. Ethanol Associates (the Butcher parties) -- w/Exhibits and cert. of service  (cds) |
| 85/12/30 | 15 | RESPONSE -- plaintiff - Linden P. Marchand et al (to pldg. #1 and Cross-Motion to add B-7 & B-8 w/c of service)  paa. |
| 85/12/30 | 16 | RESPONSE -- (to pldg. #1) defts. Linde Thomson Fairchild Langworthy Kohn & Van Dyke, P.C. and James O. Selzer -- w/cert. of service  (cds) |
| 86/01/03 | 17 | RESPONSE (to pldg. #1) -- deft. James N. McEntire, III -- w/cert. of service  (cds) |
| 86/01/08 | 18 | RESPONSE -- (to Pldg. #3) Home Centers, Inc., et al. -- w/cert. of svc. (rh) |
| 86/01/09 |  | APPEARANCE:  JOHN D. HOLSCHUH, JR., ESQ. for Raphael Katzen Associates International, Inc., Raphael Katzen, Bipin Schroff (cds) |
| 86/01/10 |  | AMENDMENT TO HEARING ORDER FILED ON DECEMBER 11, 1985 -- TO ADD B-7 THRU B-11 FOR HEARING ON JANUARY 23, 1986 IN MIAMI, FLORIDA -- NOTIFIED INVOLVED COUNSEL, CLERKS & JUDGES. (paa) |
| 86/01/10 | 19 | SUPPLEMENTAL RESPONSE LIMITED TO NEW MATTERS -- (to pldg. #3) pltf. A-4 Linden  P. Marchand, et al. -- w/documents filed in N.Y.,S. and w/cert. of svc. (rh) |
| 86/01/14 | 20 | RESPONSE (REPLY TO PLDGS. 14 AND 21) -- NATIONAL UNION FIRE INSURANCE CO. -- w/cert of svc. (rew) |
| 86/01/15 | 21 | REPLY -- MOVANTS (Pldg No. 1) w/cert. of svc.  (rew) |
| 86/01/21 | 22 | RESPONE (to pldg. #20) -- pltfs. H. Wynne James, III, et al. -- w/cert. of service  (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/01/22 | | HEARING APPEARANCES; (MDL-679) JAMES M. KAPLAN, ESQ. for Wiener, Zuckerbrot, Weiss & Brecher, et al.; PAUL C. MADDEN, ESQ. for Ethanol Energy Partners, et al.; ROBERT S. CLARK, ESQ. for John P. Redd & Michael Redd; CLYDE A. SZUCH, ESQ. for Dwight W. Weeks, et al; RICHARD F. RUSSELL, ESQ. for National Union Fire Insurance Co. of Pittsburgh, Pa; KIRK M. McALPIN, JR. ESQ. for H. Wynne James, III, et al.;  DIANE S. MACKEY, ESQ. for J. Paul Lewis, et al.; PETER J. TAYLOR, ESQ. for Wright, Herfordt & Sanders & Carl E. Wright; PAUL H. NIEWALD, ESQ. for Thomas W. Tierney & Tierney & Ernst; ALEXANDER KERR, ESQ. for Harold E. Card, et al.  (paa) |
| 86/01/22 | | WAIVERS OF HEARING APPEARANCES: (MDL-679) DANA N. PESCOSOLIDO, ESQ. for Henry C. McDonald & Mormac, LTD.; SARA R. SPENO (PRO SE); RICHARD B. STEINKAMP, ESQ. for Carl F. Keller, Jr.; JOSEPH C. WEINSTEIN, ESQ. for Home Centers, Inc., et al.; LEO KAYSER, III, ESQ. for Linden P. Marchand, Jr., et al.; W. KIRBY LOCKHART, ESQ. for James N. McEntire, III,; ABRAHAM C. REICH, ESQ. for Linde Thomson Fairchild Langworthy Kohn & Van Dyke, P.C. and James O. Selzer; RONALD L. COLEMAN, ESQ. for Ray G. Gatten; JOHN D. HOLSCHUH, JR., ESQ. for Raphael Katzen Associates Int'l, Inc., et al.; LARRY W. JOYE, ESQ. for Tim D. Compton.  (paa) |
| 86/01/22 | 23 | LETTER -- (dated 1/21/86) Regarding Recent Developments --filed by Defts. Harold Card, Raymond Jollow, Ira Palmer & William H. Palmer -- re: Lewis H. Biben, et al. v. Harold E. Card, et al., W.D. Mo., C.A. No. 84-084-CV-W-6 -- w/exhibits A, B & and cert. of svc. (rh) |
| 86/01/28 | 24 | NOTICE OF RELATED ACTION -- submitted by pltfs. H. Wynne James, III -- National Union Fire Ins. Co. of Pittsburgh, Pa. v. Knox Leasing, Ltd., S.D.N.Y., C.A. No. 85-Civ-10002 -- w/cert. of service (cds) |
| 86/02/24 | 25 | LETTER -- dated 2/17/86 -- re:  Amended Complaint attached to A-5 filed by Thomas W. Tierney and Tierney & Ernst --   (rh) |
| 86/03/04 | | CONSENT OF TRANSFEREE DISTRICT (W.D. MISSOURI) -- for assignment of actions to Judge Sachs (cds) |
| 86/03/04 | | TRANSFER ORDER -- transferring A-1 through B-11 to the Western District of Missouri before the Honorable Howard F. Sachs -- Notified involved judges, clerks, counsel and misc. recipients (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION          Page 5

| Date | Ref. | Pleading Description |
|------|------|---------------------|

86/03/07

CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-12 thru B-16, transferred actions listed below -- NOTIFIED INVOLVED COUNSEL AND JUDGES. (paa)

> B-12  National Union Fire Insurance Company  N.Y.,S. 85-Civ-9479
>       of Pittsburgh, PA. v. Larry D. Boggs  Walker
>
> B-13  National Union Fire Insurance Company  N.Y.,S. 85-Civ-9481
>       of Pittsburgh, PA. v. George S.  Walker
>       Hoffman
>
> B-14  National Union Fire Insurance Company  N.Y.,S. 85-Civ-4554
>       of Pittsburgh, PA. v. Van R.  Conner
>       Hoisington
>
> B-15  National Union Fire Insurance Company  N.Y.,S.  85-4376
>       of Pittsburgh, PA. v. Paul Lewis  Conner
>
> B-16  National Union Fire Insurance Company  N.Y.,S. 85-Civ-9480
>       of Pittsburgh, PA. v. Gary Peters  Walker

86/03/11

CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Nicholas J. Mekosh, et al. v. National Union Fire Insurance Company of Pittsburgh, PA, E.D. Pennsylvania, C.A. No. 85-5261 -- Notified involved counsel and judges. (tmq)

86/03/17

CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-18 Melvin Dion v. Ethanol Energy Partners, et al., N.J., 85-5564; B-19 Ethanol Partners Accredited, et al. v. National Union Fire Insurance Co. of Pittsburgh, PA, et al., E.D.Pa., 85-7058 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds)

86/03/25   26

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS LISTED BELOW -- NOTIFIED INVOLVED JUDGES AND COUNSEL (paa)

> B-12  National Union Fire Insurance Company  N.Y.,S. 85-Civ-9479
>       of Pittsburgh, PA. v. Larry D. Boggs  Walker
>
> B-13  National Union Fire Insurance Company  N.Y.,S. 85-Civ-9481
>       of Pittsburgh, PA. v. George S.  Walker
>       Hoffman
>
> B-14  National Union Fire Insurance Company  N.Y.,S. 85-Civ-4554
>       of Pittsburgh, PA. v. Van R.  Conner
>       Hoisington
>
> B-15  National Union Fire Insurance Company  N.Y.,S.  85-4376
>       of Pittsburgh, PA. v. Paul Lewis  Conner
>
> B-16  National Union Fire Insurance Company  N.Y.,S. 85-Civ-9480
>       of Pittsburgh, PA. v. Gary Peters  Walker

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION          Page 6

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/03/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-17 Nicholas J. Mekosh, et al., v. National Union Fire Insurance Company of Pittsburgh, PA, E.D. Pennsylvania, C.A. No. 85-5261 -- Notified involved judges and clerks. (tmq) |
| 86/04/03 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-18 Ethanol Partners Accredited, et al, v. National Union Fire Insurance Co. of Pittsburgh, PA., et al., E.D. PA., #85-7058 and 19 Melvin Dion v. Ethanol Energy Partners, et al., D. NJ #85-5564 (tmq) |
| 86/04/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-20 CCW Interests, Inc. v. Ethanol Partners Accredited, et al., W.D. Pennsylvania, C.A. No. 85-2904 -- NOTIFIED INVOLVED COUNSEL AND JUDGES. (paa) |
| 86/04/11 | | HEARING ORDER -- Setting Opposition to transfer of B-12 thru B-16 for Panel hearing in Washington, D.C. on May 16, 1986 (cds) |
| 86/04/11 | 27 | MOTION/MEMORANDUM TO VACATE CONDITIONAL TRANSFER ORDERS (B-12 thru B-16) -- plaintiff National Union Fire Insurance Co. -- w/exhibit and cert. of svc. (tmq) |
| 86/04/25 | 28 | RESPONSE, BRIEF, EXHIBITS A & B (to pldg.#27) -- defts. Larry D. Boggs, George Hoffman, Gary Peters and the Butcher Parties -- w/cert. of svc (tmq) |
| 86/04/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- CCW Interests, Inc. v. Ethanol Partners Accredited, et al., W.D. Pennsylvania, C.A. No. 852904 |
| 86/04/28 | 29 | RESPONSE -- Defts. Van R. Hoisington, and Paul Lewis (to Pldlg. #27) -- w/cert. of svc. (tmq) |
| 86/05/05 | 30 | REPLY MEMORANDUM -- pltf. National Union Fire Insurance Co. -- w/cert. of service (cds) |
| 86/05/16 | | HEARING APPEARANCES: RICHARD F. RUSSELL for National Union Fire Insurance Company of Pittsburgh, PA.; PAUL C. MADDEN, ESQ. for Larry Boggs, George S. Hoffman & Gary Peters, et al., DIANE S. MACKEY, ESQ. for J. Paul Lewis, Van R. Hoisington, et al. |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 __   IN RE ETHANOL PLANTS SECURITIES LITIGATION

Page-7

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/05/16 | | WAIVER OF ORAL ARGUMENT: Ronald L. Coleman, Esq.; Richard B. Steinkamp, Esq.; J. Tomlinson Fort, Esq.; Abraham C. Reich, Esq.; Patricia A. Pickrel, Esq.;Leo Kayser, III, Esq.; James M. Kaplan, Esq.; James M. McHaney, Jr., Esq.; Peter J. Taylor, Esq.; Raymond L. Dahlberg, Esq.; Kirk M. McAlpin, Jr., Esq.; Robert S. Clark, Esq W. Kirby Lockhart, Esq.;  and Irene C. Keyse-Walker, Esq. |
| 86/05/22 | | TRANSFER ORDER -- transferring 5 actions listed below to the Western District of Missouri for pretrial proceedings -- notified clerks, judges and involved counsel.  (B-12) National Union Fire Insurance Company of Pittsburgh, Pa. v. Larry D. Boggs, S.D. New York, C.A. No. 85 Civ. 9479 (B-13) National Union Fire Insurance Company of Pittsburgh, Pa. v. George S. Hoffman, S.D. New York, C.A. No. 85 Civ. 9481 (B-14) National Union Fire Insurance Company of Pittsburgh, Pa. v. Van R. Hoisington, S.D. New York, C.A. No. 85 Civ. 4554 (B-15) National Union Fire Insurance Company of Pittsburgh, Pa. v. Paul Lewis, S.D. New York, C.A. No. 85 Civ. 4376 (B-16) National Union Fire Insurance Company of Pittsburgh, Pa. v. Gary Peters, S.D. New York, C.A. No. 85 Civ. 9480 (paa) |
| 86/05/22 | | CONDITIONAL TRANSFER ORDERS FILED TODAY --  B-21 thru B-31 (listed below) -- Notified involved counsel, judges (rh) |

| | | | |
|---|---|---|---|
| B-21 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Home Centers, Inc. | S.D.N.Y. Griesa | 85-Civ-9543 |
| B-22 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Walter Gregg | S.D.N.Y. Leval | 85-Civ-9882 |
| B-23 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Knox Leasing, Ltd. | S.D.N.Y. Duffy | 85-Civ-10002 |
| B-24 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. Morton B. Plant, et al. | S.D.N.Y. Duffy | 86-Civ-0549 |
| B-25 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. C. Arthur Eby, Jr., et al. | S.D.N.Y. Duffy | 86-Civ-0652 |
| B-26 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. John P. Scotford, Jr., et al. | S.D.N.Y. Duffy | 86-Civ-0653 |
| B-27 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. Stephen L. Scotford, et al. | S.D.N.Y. Duffy | 86-Civ-0654 |
| B-28 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. John P. Scotford, et al. | S.D.N.Y. Duffy | 86-Civ-0655 |
| B-29 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. George F. Strutt, et al. | S.D.N.Y. Duffy | 86-Civ-0657 |
| B-30 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. Allan Dannatt, et al. | S.D.N.Y. Duffy | 86-Civ-1003 |
| B-31 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edward Becker | S.D.N.Y. Lowe | 86-Civ-1461 |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ --

| Date | Ref. | Pleading Description |
|------|------|----------------------|

86/06/09 — CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-21 thru B-31
(listed below) -- Notified involved judges and clerks (rh)

| | | | |
|------|------|------|------|
| B-21 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Home Centers, Inc. | S.D.N.Y. Griesa | 85-Civ-9543 |
| B-22 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Walter Gregg | S.D.N.Y. Leval | 85-Civ-9882 |
| B-23 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Knox Leasing, Ltd. | S.D.N.Y. Duffy | 85-Civ-10002 |
| B-24 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. Morton B. Plant, et al. | S.D.N.Y. Duffy | 86-Civ-0549 |
| B-25 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. C. Arthur Eby, Jr., et al. | S.D.N.Y. Duffy | 86-Civ-0652 |
| B-26 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. John P. Scotford, Jr., et al. | S.D.N.Y. Duffy | 86-Civ-0653 |
| B-27 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. Stephen L. Scotford, et al. | S.D.N.Y. Duffy | 86-Civ-0654 |
| B-28 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. John P. Scotford, et al. | S.D.N.Y. Duffy | 86-Civ-0655 |
| B-29 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. George F. Strutt, et al. | S.D.N.Y. Duffy | 86-Civ-0657 |
| B-30 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. Allan Dannatt, et al. | S.D.N.Y. Duffy | 86-Civ-1003 |
| B-31 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edward Becker | S.D.N.Y. Lowe | 86-Civ-1461 |

86/06/11  31  LETTER -- w/order of Judge Lowe remanding B-31 (tmq)
86/06/11      ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-31 National
Union Fire Insurance Co. of Pittsburgh, Pa., v. Edward
Becker, S.D. New York, C.A. No. 86-Civ-1461-MJL -- Notified
involved counsel and judges. (tmq)

86/06/24  CONDITIONAL TRANSFER ORDER FILED TODAY C-32 -- Williard M.
Cline, et al. v. Ethanol Energy Partners, et al. D. New
Jersey, C.A. No. 86-1864 (MTB) -- Notified involved counsel
and judges. (tmq)

86/07/10  CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-32) Willard M.
Cline, et al. v. Ethanol Energy Partners, et al., D. New
Jersey, C.A. No. 86-1864(MTB)-- NOTIFIED INVOLVED CLERKS &
JUDGES.  (paa)

JPML FORM 1A

B. 9

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

679  --  In re Ethanol Plants Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/07/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-33 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert Meyers v. Butcher & Singer, Inc., et al. v. Thomas W. Tierney, et al., S.D. New York, C.A. No. 86-Civ-3648(KTD) -- Notified involved counsel and judges (rh) |
| 86/07/28 | | APPEARANCE:  PAUL C. DROZ. ESQ. for J. Michael Redd.  (paa) |
| 86/08/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-33 -- National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert Meyers v. Butcher & Singer, Inc., et al. v. Thomas W. Tierney, et al., S.D. New York, C.A. No. 86-Civ-3648(KTD) -- Notified involved judges and clerks. (tmq) |
| 86/08/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-34 National Union Fire Insurance Company of Pittsburgh, Pa., v. Dan P. Chisholm, S.D. New York, C.A. No. 86-Civ-4329 (PNL), C-35 National Union Fire Insurance Company of Pittsburgh, Pa., v. J.K. Byrd, S.D. New York, C.A. No. 86-Civ-5020 (WCC) -- NOTIFIED INVOLVED JUDGES AND COUNSEL.  (paa) |
| 86/08/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY --  C-36 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert T. Freas, S.D. New York, C.A. No. 86-Civ-4083(WCC) -- Notified involved counsel and judge (rh) |
| 86/09/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-34 & 35 -- National Union Fire Insurance Company of Pittsburgh, PA., v. Dan P. Chisholm, S.D. N.Y. 86-Civ-4329, National Union Fire Insurance Company of Pittsburgh, PA. v. J.K. Byrd S.D. N.Y. 86-Civ-5020 -- Notified involved clerks and judges (tmq) |
| 86/09/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-36 -- National Union Fire Insurance Co., of Pittsburgh, Pa. v. Robert T. Freas, S.D. New York, C.A. No. 86-4083 (WCC)-- Notified involved judges and clerks. (tmq) |
| 87/03/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-37 National Union Fire Insurance Company of Pittsburgh, PA. v. George F. Donovan, S.D. New York, C.A. No. 86-Civ-7469 -- Notified involved counsel and judges. (tmq) |

JPML FORM 1A

B.10.

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 677 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/04/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-37  National Union Fire Insurance Co. of Pittsburgh, PA. v. George F. Donovan, S.D. New York, C.A. No. 86-Civ-7469 -- Notified involved judges and clerks (rh) |
| 87/04/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-38 National Union Fire Insurance Company of Pittsburgh, PA. v. Robert S. Talbott, S.D. New York, C.A. No. 87-Civ-1877; C-39 Byard Brogan, et al. v. Ehtanol Energy Partners, et al., D. New Jersey, C.A. No. 86-4609 -- Notified involved counsel and judges. (tmq) |
| 87/05/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-40 National Union Fire Insurance Company of Pittsburgh, Pa. v. Edward J. Graham, S.D. New York, C.A. No. 87-Civ-2342 -- Notified involved counsel and judges (rh) |
| 87/05/18 | | CONDITIONAL TRANSFER ORDRES FINAL TODAY -- C-38 National Union Fire Insurance Company of Pittsburgh, PA. v. Robert S. Talbott, S.D. New York, C.A. No. 87-Civ-1877; C-39 Byard Brogan, et al. v. Ethanol Energy Partners, et al., D. New Jersey, C.A.  No. 86-4609 -- NOTIFIED INVOLVED CLERKS & JUDGES.  (paa) |
| 87/06/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-40 National Union Fire Insurance Company of Pittsburgh, Pa. v. Edward J. Graham, S.D. New York, C.A. No. 87-Civ-2342 -- Notified involved judges and clerks. (tmq) |
| 87/06/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-41 to C-44 -- C-41 National Union Fire Insurance Company of Pittsburgh, Pa. v. WSKG Investments et al., S.D. New York, C.A. No. 87-Civ-3125; C-42 National Union Fire Insurance Company of Pittsburgh, Pa. v. William H. Kirkland, etc., S.D. New York, C.A. No. 87-Civ-2790; C-43 National Union Fire Insurance Company of Pittsburgh, Pa. v. Dwight F. Weeks, S.D. New York, C.A. No. 87-Civ-2775; C-44 National Union Fire Insurance Company of Pittsburgh, Pa. v. Milton Sandberg, S.D. New York, C.A. No. 87-Civ-2672 -- NOTIFIED INVOLVED JUDGES & COUNSEL -- (paa) |

JPML FORM 1A                                                    p.11

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  679 --  IN RE ETHANOL PLANTS SECURITIES LITIGATION

| Date | Pet. | Pleading Description |
|------|------|---------------------|
| 87/07/01 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (4 actions) -- C-41 National Union Fire Ins. Co., etc. v. WSKG Investments, et al., S.D.N.Y., #87-Civ-3125; C-42 National Union Fire Ins. Co., etc. v. William H. Kirkland, etc., S.D.N.Y., #87-Civ-2790; C-43 National Union Fire Ins. Co., etc. v. Dwight F. Weeks, S.D.N.Y., #87-Civ-2775; C-44 National Union Fire Ins. Co., etc. v. Milton Sandberg, S.D.N.Y., #87-Civ-2672 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 87/09/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-45 National Union Fire Insurance Co., of Pittsburgh, PA. v. Mario Anesi, et al., S.D. New York, C.A. No. 87-Civ-5426 -- Notified invovled counsel and judges (rh) |
| 87/09/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-45 National Union Fire Insurance Co., Pittsburgh, PA. v. Mario Anesi, et al., S.D. New York, C.A. No. 87-Civ-5426 -- NOTIFIED INVOLVED JUDGES AND CLERKS -- (paa) |
| 87/10/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-46 National Union Fire Insurance Company of Pittsburgh, PA. v. Herbert H. Lavine, S.D. New York, C.A. No. 87-CIV-6116 and C-47 National Union Fire Insurance Company of Pittsburgh, PA. v. Bernard Jacobs, S.D. New York, C.A. No. 87-CIV-6539 -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 87/11/03 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-46 National Union Fire Insurance Company of Pittsburgh, PA. v. Herbert H. Lavine, S.D. New York, C.A. No. 87-CIV-6116 and C-47 National Union Fire Insurance Company of Pittsburgh, PA. v. Bernard Jacobs, S.D. New York, C.A. No. 87-CIV-6539 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 87/11/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-48 National Union Fire Insurance Company of Pittsburgh, PA. v. Raz Investment Company, et al., S.D. New York, C.A. NO. 87-CIV-6035 -- Notified involved counsel and clerks. (tmq) |
| 88/05/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-51 National Union Fire Insurance Company of Pittsburgh, Pa. v. Edward Becker, S.D. N.Y., C.A. No. 87-Civ-8889 -- Notified involved clerks and judges (ds) |

P. 12

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/11/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-49 National Union Fire Insurance Company of Pittsburgh, Pa. v. John P. Moyer, S.D. New York,  C.A. No. 87-CIV-5639 -- Notified involved counsel and judges (rh) |
| 87/11/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-48 Nat'l Union Fire Ins. Co. of Pitsburgh, PA v. Raz Investment Co., et al., S.D. New York, #87-Civ-6035 -- Notified involved judges and clerks  (cds) |
| 87/11/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY B-49 National Union Fire Ins. Co. of Pittsburgh, Pa. v. John P. Moyer, S.D. New York, #87-CIV-5639 -- w/cert. of service  (cds) |
| 88/02/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-50 National Union Fire Insurance Company of Pittsburgh, Pa. v. **Robert Neal Culver**, et al., S.D. New York, C.A. No. 87-CIV-8845 -- Notified involved judges and counsel   (paa) |
| 88/03/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-50 National Union Fire Ins. Co. of Pittsburgh, Pa. v. Robert Neal Culver, et al., S.D. New York, C.A. No. 87-CIV-8845 -- Notified involved judges and clerks  (cds) |
| 88/04/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-51 National Union Fire Insurance Company of Pittsburgh, Pa. v. Edward Becker, S.D New York, C.A. No. 87-Civ-8889 -- Notified involved judges and counsel. (ds) |
| 88/05/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-51 National Union Fire Insurance Company of Pittsburgh, Pa. v. Edward Becker, S.D. N.Y., C.A. No. 87-Civ-8889 -- Notified involved clerks and judges  (ds) |
| 89/03/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-52 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Jerry W. Dixon, et al. v. Ethanol Energy Partners, et al., S.D. New York, C.A. No. 88-Civ-4767 -- Notified involved counsel and judges (rh) |
| 89/03/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-52 National Union Fire Insurance Company of Pittsburgh, Pa. v. Jerry W. Dixon, et al. v. Ethanol Energy Partners, et al., S.D.N.Y., C.A. No. 88-Civ-4767 -- Notified involved clerks and judges.  (ds) |

*P·13*

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- <u>In re Ethanol Plants Securities Litigation</u>

| Date | Pldg. | Pleading Description |
|------|-------|----------------------|
| 89/03/27 | 32 | NOTICE OF OPPOSITION TO CTO -- D-52 National Union Fire Insurance Company of Pittsburgh, Pa. v. Jerry W. Dixon, et al. v. Ethanol Energy Partners, et al., S.D.N.Y., C.A. No. 88-Civ-4767 -- filed by deft. David R. Lewis w/cert. of svc. -- Notified involved counsel and judges. (ds) |
| 89/04/28 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- D-52 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Jerry W. Dixon, et al. v. Ethanal Energy Partners, et al., S.D. New York, #88-Civ-4767 -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1
Revised: 8/78

DOCKET NO. __679__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Ethanol Plants Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates 1/23/86 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | March 4, 1986 | TO | Unpublished | W.D. Missouri **866** | Howard F. Sachs | |

*Sue Knueyens*
*758-2811*

*P*                    *Ext 42*

**Special Transferee Information**

DATE CLOSED: *3/23/95*

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ethanol Partners Accredited, et al. v. Wiener, Zuckerbrot, Weiss & Brecher, et al | Pa.,E. Kelly | 84-6408 | 3/4/86 | 86-0403 | 3/63/85 D | |
| A-2 | H. Wynne James, III, et al v. Ethanol Energy Partners, et al | Pa.,E. Kelly | 85-5126 | 3/4/86 | 86-0398 | | |
| A-3 | J. Paul Lewis, et al. v. Glen R. Schultz, et al | Ark.,E. Woods | LR-C-85-268 | 3/4/86 | 86-0390 | 11/12/93D | |
| A-4 | Linden P. Marchand, Jr., et al v. Butcher & Singer, Inc., et al | N.Y.,S. Walker | 85-Civ-2661 | 3/4/86 | 86-0429 | | |
| A-5 | Dwight F. Weeks, et al v. Ethanol Energy Partners, et al | N.J.,D. Bissell | 85-5200 | 3/4/86 | 86-0400 | | |
| A-6 | Ray G. Gatten v. Ethanol Energy Partners, et al | Tenn.,W. Horton | 85-2952-H | 3/4/86 | 86-0631 | | |
| B-7 | National Union Fire Insurance Company of Pittsburgh, Pa. v. Linden P. Marchand. (the Marchand action) | N.Y.,S. Duffy | 85-Civ-4095 | 3/4/86 | 86-0426 | | |
| B-8 | National Union Fire Insurance Company of Pittsburgh, Pa. v. Alvin S. Meltzer ("the Meltzer action"). | N.Y.,S. Duffy | 85-Civ.8065 | 3/4/86 | 86-0437 | | |
| B-9 | Stuart D. Wechsler v. Ethanol Partners Accredited, et al | N.Y.,S. Knapp | 84-5217 | 3/4/86 | 86-0418 | | |
| B-10 | Leo B, Kelly , et al v. Ethanol Partners Accredited, et al | Pa.,W. Cohill | 84-3028 | 3/4/86 | 86-0392 | | |
| B-11 | Home Centers, Inc., et al v. George S. Hoffman, et al | Ohio, N. White | C85-1675A | 3/4/86 | 86-0399 | | |

JBML FORM 1 -- Continuation ⊛                    Listing of Involved Actions -- p. 2

DOCKET NO. _____ 679_     IN RE ETHANOL PLANTS SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-12 | National Union Fire Insurance Company of Pittsburgh, PA. v. Larry D. Boggs   3/7/86 | N.Y.,S. Walker | 85-Civ-9479 | 5/22/86 | 86-0850 | | |
| B-13 | National Union Fire Insurance Company of Pittsburgh, PA. v. George S. Hoffman   3/7/86 | N.Y.,S. Walker | 85-Civ-9481 | 5/22/86 | 86-0852 | | |
| B-14 | National Union Fire Insurance Company of Pittsburgh, PA. v. Van R. Hoisington   3/7/86 | N.Y.,S. Conner | 85-Civ-4554 | 5/22/86 | 86-0731 | | |
| B-15 | National Union Fire Insurance Company of Pittsburgh, PA. v. Paul Lewis   3/7/86 | N.Y.,S. Conner | 85-4376 | 5/22/86 | 86-0730 | | |
| B-16 | National Union Fire Insurance Company of Pittsburgh, PA. v. Gary Peters   3/7/86 | N.Y.,S. Walker | 85-Civ-9480 | 5/22/86 | 86-0851 | | |
| B-17 | Nicholas J. Mekosh, et al. v. National Union Fire Insurance Company of Pittsburgh, PA  3/11/86 | E.D.PA. Kelly | 85-5261 | 2/21/86 | 86-0476 | | |
| B-18 | Melvin Dion v. Ethanol Energy Partners, et al.  3/17/86 | D.N.J. Barry | 85-5564 | 4/3/86 | 86-0472 | | |
| B-19 | Ethanol Partners Accredited, et al. v. National Union Fire Insurance Co., of Pittsburgh, PA., et al.   3/17/86 | E.D.Pa. Kelly | 85-7058 | 4/3/86 | 86-0471 | | |
| B-20 | CCW Interests, Inc. v. Ethanol Partners Accredited, et al.  4/9/86 | W.D.Pa. Cohill | 85-2904 | 4/?/86 | 8-0390 | | |

JEML FORM 1 -- Continuation ⊕

DOCKET NO. 679 -- In re Ethanol Plants Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-21 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Home Centers, Inc. 5-22-86 | S.D.N.Y. Griesa | 85-Civ-9543 | 6-9-86 | 86-0931 | 3-2-96 | |
| B-22 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Walter Gregg 5-22-86 | S.D.N.Y. Leval | 85-Civ-9882 | 6-9-86 | 86-0927 | 4/9/90 D | |
| B-23 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Knox Leasing, Ltd. 5-22-86 | S.D.N.Y. Duffy | 85-Civ-10002 | 6-9-86 | 86-0926 | | |
| B-24 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. Morton B. Plant, et al. 5-22-86 | S.D.N.Y. Duffy | 86-Civ-0549 | 6-9-86 | 86-0925 | | |
| B-25 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. C. Arthur Eby, Jr., et al. 5-22-86 | S.D.N.Y. Duffy | 86-Civ-0652 | 6-9-86 | 86-0924 | | |
| B-26 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. John P. Scotford, Jr., et al. 5-22-86 | S.D.N.Y. Duffy | 86-Civ-0653 | 6-9-86 | 86-0923 | | |
| B-27 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. Stephen L. Scotford, et al. 5-22-86 | S.D.N.Y. Duffy | 86-Civ-0654 | 6-9-86 | 86-0922 | | |
| B-28 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. John P. Scotford, et al. 5-22-86 | S.D.N.Y. Duffy | 86-Civ-0655 | 6-9-86 | 86-0919 | | |
| B-29 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. George F. Strutt, et al. 5-22-86 | S.D.N.Y. Duffy | 86-Civ-0657 | 6-9-86 | 86-0921 | | |
| B-30 | National Union Fire Insurance Co. of Pittsburgh, Pa., etc. v. Allan Dannatt, et al. 5-22-86 | S.D.N.Y. Duffy | 86-Civ-1003 | 6-9-86 | 86-0920 | | |
| B-31 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edward Becker 5-22-86 | S.D.N.Y. Lowe | 86-Civ-1461 | 6-9-86 | VACATED | | 6/10/86 |

July 1986 - 30 TR & Pending

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-32 | Willard M. Cline, et al. v. Ethanol Energy Partners et al. 6/25/86 | D. N.J. Barry | 86-1864 (MTB) | 7/10/86 | 86-0888 | | |
| C-33 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert Meyers v. Butcher & Singer, Inc., et al. v. Thomas W. Tierney, et al. 7-22-86 | S.D.N.Y. Duffy | 86-Civ-3648 (KTD) | 8/7/86 | 86-1020 | | |
| C-34 | National Union Fire Insurance Company of Pittsburgh, PA., v. Dan P. Chisholm 8/19/86 | S.D.N.Y. Leval | 86-Civ-4329 (PNL) | 9/4/86 | 86-1153 CVW6 | | |
| C-35 | National Union Fire Insurance Company of Pittsburgh, PA. v. J.K. Byrd 8/19/86 | S.D.N.Y. Conner | 86-Civ-5020 (WCC) | 9/4/86 | 86-1154 CVW6 | | |
| C-36 | National Union Fire Insurance Company of Pittsburgh, PA. v. Robert T. Freas 5-28-86 | S.D.N.Y. Conner | 86-Civ-4083 (WCC) | 9/15/86 | 86-1177 CVW6 | | |
| C-37 | National Union Fire Insurance Company of Pittsburgh, PA. v. George F. Donovan 3/26/87 | S.D.N.Y. Conner | 86-Civ-7469 | 4-13-8? | 87-0517 CV-W-6 | | |
| C-38 | National Union Fire Insurance Company of Pittsburgh, PA. v. Robert S. Talbott 4/30/87 | S.D.N.Y. Stanton | 87-CIV-1877 | 5-18-87 | 87-0518 CV-W-6 | | |
| C-39 | Byard Brogan, et al. v. Ethanol Energy Partners, et al. 4/30/87 | N.J. Barry | 86-4609 | 5-18-87 | 87-0500 CV-W-6 | | |
| C-40 | National Union Fire Insurance Company of Pittsburgh, Pa. v. Edward J. Graham 5-14-87 | S.D.N.Y. Lowe | 87-Civ-2342 | 6-1-87 | 87-0973 | | |

July 1987 - 39 TR & Pending

DOCKET NO. 679 __ IN RE ETHANOL PLANTS SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-41 | National Union Fire Insurance Company of Pittsburgh, PA. v. WSKG Investments et al. 6-15-87 | N.Y.,S. Sand | 87-Civ-3125 | 7/1/87 | 87-660-CV-W-6 | | |
| C-42 | National Union Fire Insurance Company of Pittsburgh, PA. v. William H. Kirkland, etc. 6-15-87 | N.Y.,S. Walker | 87-Civ-2790 | 7/1/87 | 87-0709 CV-W-6 | | |
| C-43 | National Union Fire Insurance Company of Pittsburgh, PA. v. Dwight F. Weeks 6-15-87 | N.Y.,S. Leval | 87-Civ-2775 | 7/1/87 | 87-0677 CV-W-6 | | |
| C-44 | National Union Fire Insurance Company of Pittsburgh, PA. v. Milton Sandberg 6-15-87 | N.Y.,S. Stanton | 87-Civ-2672 | 7/1/87 | 87-0664 CV-W-6 | | |
| C-45 | National Union Fire Insurance Co., of Pittsburgh, PA. v. Mario Anesi, et al 9-9-87 | N.Y.,S. Daronco | 87-Civ-5426 | 9-25-87 | 87-0974 CV-W-6 | | |
| C-46 | National Union Fire Insurance Company of Pittsburgh, PA. v. Herbert H. Lavine 10-16-87 | N.Y.,S. Stanton | 87-Civ-6116 | 11/3/87 | 87-1041 CV-W-6 | | |
| C-47 | National Union Fire Insurance Company of Pittsburgh, PA. v. Bernard Jacobs 10-16-87 | N.Y.,S. Cannella | 87-Civ-6539 | 11/3/87 | 87-1036 CV-W-6 | | |
| C-48 | National Union Fire Insurance Company of Pittsburgh, PA. v. Raz Investment Company, et al. 11/5/87 | N.Y.S. Stanton | 87-CIV-6035 | 11/23/87 | 88-0189 | | |

DOCKET NO. 679 -- In re Ethanol Plants Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-49 | National Union Fire Insurance Company of Pittsburgh Pa. v. John P. Moyer 11-9-87 | S.D.N.Y. Stanton | 87-CIV-5639 | 11/25/87 | 87-1044 CV-W-6 | 3/2/91 D | |
| C-50 | National Union Fire Insurance Company of Pittsburgh, Pa. v. Robert Neal Culver, et al. 2-19-88 | S.D.N.Y. Stanton | 87-CIV-8845 | 3/8/88 | 88-0295 CV-W-6 | 3/30/92 D | |
| C-51 | National Union Fire Insurance Company of Pittsburgh, Pa. v. Edward Becker 4/19/88 | S.D.N.Y. Stanton | 87-Civ-8889 | 5/5/88 | 88-0509- CV-W-6 | | |
| | July 1988 - 11 TR / 50 Pending | | | | | | |
| D-52 | National Union Fire Insurance Company of Pittsburgh, Pa. v. Jerry W. Dixon, et al. v. Ethanol Energy Partners, et al. 3-7-89 | S.D.N.Y. Stanton | 88-Civ-4767 | 4/28/89 | 89-0481 CV-W-6 | | |

Opposed 3/27/89

July 1989 - 1 TR / 51 Pending
July 1990 - 2 dis / 49 Pending
July 1991 - 46 dis / 3 Pending

September 1994 - 2 dis. / 1 pending
September 1995 - 1 dis / 0 pending
litigation closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION

(REVISED 8/26/86)

ETHANOL PARTNERS ACCREDITED, ET AL.
(A-1) (B-19)
ETHANOL ENERGY PARTNERS
BUTCHER & SINGER, INC.
BUTCHER CAPITAL MARKET, INC.
 (FORMERLY ENERGYSEARCH, INC.)
B&S HOLDING CO.
JONATHAN BUTCHER
FRED E. NEWBERG
JOSEPH F. HARTNETT
HOWARD B. SCHERER
JULIUS MONGAGNA
E. S. ETHANOL ASSOCIATES
LARRY D. BOGGS (Defts. B-12)
GEORGE HOFFMAN (Defts. B-13)
GARY PETERS (Defts. B-16)
NICHOLAS J. MEKOSH (B-17)
Paul C. Madden, Esquire
Rawle & Henderson
211 South Broad Street
Philadelphia, PA. 19107

H. WYNNE JAMES, III, ET AL. (A-2)
Peter J. Anderson, Esquire
Peterson, Young, Self & Asselin
101 Marietta Tower, Ste., 3300
Atlanta, Georgia 30303

J. PAUL LEWIS, ET AL. (A-3)
Diane S. Mackey, Esquire
Friday, Eldredge & Clark
2200 First Commercial Bldg.
Little Rock, Arkansas 72201

LINDE, THOMSON, FAIRCHILD,
 LANGWORTHY, KOHN & VAN DYKE, P.C.
JAMES O. SELZER
Abraham C. Reich, Esquire
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, 10th Floor
Philadelphia, PA. 19103

LINDEN P. MARCHAND, JR., ET AL. (A-4)
MORTON B. PLANT, ET AL. (Deft. B-24)
C. ARTHUR EBY, JR., ET AL. (Deft. B-25)
JOHN P. SCOTFORD, JR., ET AL.(Deft. B-26)
STEPHEN L. SCOTFORD, ET AL. (Deft. B-27)
JOHN P. SCOTFORD, ET AL. (Deft. B-28)
GEORGE F. STRUTT, ET AL. (Deft. B-29)
ALLAN DANNATT, ET AL. (Deft. B-30)
ROBERT MEYERS (Deft. C-33)
Leo Kayser, III, Esquire
Raggio, Jaffe & Kayser
10 East 40th Street
New York, New York 10016

DWIGHT W. WEEKS, ET AL. (A-5)
MELVIN DION (B-18)
WILARD M. CLINE, ET AL. (C-32)
Patricia S. Pickrel, Esquire
Pitney, Hardin, Kipp & Szuch
163 Madison Avenue
CN 1945
Morristown, New Jersey 07960-1945

RAY G. GATTEN (A-6)
Ronald L. Coleman, Esquire
3408 Democrat Road
Memphis, Tennessee 38118

WEINER, ZUCKERBBROT, WEISS & BRECHER
HOWELL BRAMSON
KENNETH ZUCKERBROT
AMY MELTZER
LINDA LERNER
HAVER, PORCHENICK & CO.
DAVID HAVER
James M. Kaplan, Esquire
Wilson, Elser, Moskowitz, Edelman
 & Dicker
420 Lexington Avenue
New York, New York 10170

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. ___679___ -- IN RE ETHANOL PLANTS SECURITIES LITIGATION

NATIONAL UNION FIRE INSURANCE CO.
 OF PITTSBURGH, PA.
Richard F. Russell, Esquire
D'Amato & Lynch
70 Pine Street
New York, New York  10270

CARL KELLER, JR.
Richard B. Steinkamp, Esquire
Arnold & Grolmyer
1 Union National Plaza
8th Floor, Post Office Box 70
Little Rock, Arkansas  72203

HAROLD E. CARD
WILLIAM H. PALMER
IRA W. PALMER
RAYMOND JALLOW
Alexander Kerr, Esquire
Hoyle, Morris & Kerr
1650 Market Street, Suite 4900
Liberty Place
Philadelphia, PA  19103-7301
JOHN P. REDD
Robert S. Clark, Esquire
Larsen, Kimball, Parr
 & Crockett
185 S. State Street
Suite 1300
Salt Lake City, Utah  84111

WRIGHT, HERFIRDT & SANDERS
CARL E. WRIGHT
Peter J. Taylor, Esquire
Arthur J. Murphy, Jr. &
 Associates, P.C.
326 Third Ave. Ste., 100
Pittsburgh, PA.  15222

TIM D. COMPTON
Larry W. Joye, Esquire
Morrison, Hecker, Curtis,
 Kuder & Parish
1700 Bryant Building
1102 Grand Avenue
Kansas City, Missouri  64105

SARA R. SPENO (PRO SE)
405 Lexington Avenue
New York, New York  10174

JAMES N. McENTIRE, III
W. Kirby Lockhart, Esquire
Mitchell, Williams, Selig,
 Jackson & Tucker
1000 Savers Federal Building
Little Rock, Arkansas  72201

HENRY C. McDONALD
MORMAC, LTD.
Dana N. Pescosolido, Esquire
Weinberg & Green
100 South Charles Street
Baltimore, Maryland  21201

THOMAS W. TIERNEY
TIERNEY & ERNST
Raymond L. Dahlberg, Esquire
Niewald, Waldeck, Norris & Brown
2500 Commerce Tower
911 Main Street
Kansas City, Missouri  64101

Energy Systems International Inc.
1405 North Pierce
Suite 305
Little Rock, Arkansas  72207

JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p. 3

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION

Ronald P. Walker
Post Office Box 541
Joplin, Missouri 64801

RAPHAEL KATZEN ASSOCIATES
 INTERNATIONAL INC.
RAPHAEL KATZEN
BIPIN SHROFF
John D. Holschuh, Jr., Esquire
Santen, Shaffer & Hughes
105 E. Fourth St., Ste., 916
Cincinnati, Ohio 45202

PARK, RYAN ETHANOL ASSOCIATES I
PARK RYAN DEVELOPMENT CO., INC.
PARK RYAN, INC. AGENT:
Mr. Glen R. Schultz

J. MICHAEL REDD
J. P. REDD, INC.
Stephen G. Morgan, Esquire
Morgan & Hansen
Kearns Bldg., 8th Floor
136 South Main
Salt Lake City, UT 84101

STUART D. WECHSLER (B-9)
Mordecai Rosenfeld, Esquire
233 Broadway
New York, New York 10279

LEO B. KELLY, ET AL. (B-10)
CCW INTERESTS, INC. (B-20)
J. Tomlinson Fort, Esquire
Reed, Smith, Shaw & McClay
Two Million Bank Center
435 Sixth Avenue
Pittsburgh, PA. 15230

HOME CENTERS, INC., ET AL. (B-11)
Steven E. Sigalow, Esquire
Buckingham, Doolittle & Burroughs
Post Office Box 1500
50 South Main Street
Akron, Ohio 44309

NEDERLANDSCHE MIDDENSTANDSBANK, N V
Irece C. Keyse-Walker, Esquire
Arter & Hadden
1100 Huntington Building
Cleveland, Ohio 44115

VAN R. HOISINGTON (B-14)
PAUL LEWIS (B-15)
J.K. BYRD (C-35)
Marvin W. Weinstein, Esquire
Sonnerfeld, Busner & Weinstein
360 Lexington Avenue
New York, New York 10017

FRANK CRYSTAL & CO., INC.
KENNETH GAMBLE (Defts. B-19)
Patterson, Belkap, Webb & Taylor
30 Rockefeller Plaza
New York, New York 10112

Daniel Segal, Esquire
Hangley, Connolly, Epstein,
 Chicco, Foxman & Ewing
1429 Walnut St., 14th Floor
Philadelphia, PA 19102

WALTER GREGG (Deft. B-22)
EDWARD BECKER (Deft. B-31)
Leonard G. Kamlet, Esquire
Morgan, Melhuish, Monaghan,
Arvidson, Abrutyn & Lisowski
50 Broadway, 10th Floor
New York, New York 10004

GEORGE F. DONOVAN (C-37)
 (Same as B-14)

JPML FORM 2A -- Continuation

Counsel of Record -- p. 4

DOCKET NO. 679 -- IN RE ETHANOL PLANTS SECURITIES LITIGATION

---

KNOX LEASING, LTD. (Deft. B-23)
Frank J. Franzino, Jr., Esquire
Beck, Halberg & Williamson
40 Exchange Place          Corr ret.
New York, New York 10005

DWIGHT W. WEEKS (A-5)
Robert J. Campbell, Esquire
Crown, Koralchik & Fingersh
Corporate Woods, Building 40
9401 Indian Creek Parkway
Overland Park, Kansas 66210

ROBERT S. TALBOTT (Deft. in C-38)
Leonard G. Kamlet, Esquire
Morgan Melhuish, Monaghan,
Arvidson, Abrutyn & Lisowski
50 Broadway, 10th Floor
New York, New York 10004

BYARD BROGAN, ET AL. (C-39)
Clyde A. Szuch, Esquire
Pitney, Hardin, Kipp & Szuch
163 Madison Avenue
Morristown, New Jersey 07960

EDWARD J. GRAHAM (Deft. in C-40)
Virginia B. Curry, Esq.
Morgan, Melhuish, Monaghan,
Arvidson, Abrutyn & Lisowski
50 Broadway, 10th Floor
New York, New York 10004

WSKG INVESTMENTS ET AL. (C-41)
MILTON SANDBERG (C-44)
Dennis R. LaFiura, Esquire
Pitney, Hardin, Kipp & Szuch
163 Madison Avenue
Morristown, New Jersey 07960

(Address Same As B-18)

WILLIAM J. KIRKLAND, ETC. (C-42)
DWIGHT F. WEEKS (C-43)
Morgan, Melhuish, Monaghan, Arvidson
Abrutyn & Lisowski
50 Broadway, 10th Floor
New York, New York 10004

SAME AS
C-40

MARIO ANESI (Deft. C-45)
1536 Bridgewood Drive
Boca West, Florida 33434

R. KENNEDY BRIDWELL (Deft. C-45)
22 Tingley Road-P.O. Box 184
Brookside, New Jersey 07926

HAL BERNARD DIXON (Deft. C-45)
3545 Edgewood Circle
Cleveland, Tennessee 37311

DONALD RENALDO (Deft. C45)
4400 Foxcroft Road
Charlotte, North Carolina 28211

RONALD M. KOVNOT (Deft. C45)
20434 N.E. 10th Court
North Miami, Florida 33179

ZIMMERMAN INVESTMENTS, INC. (Deft. C-45)
Airways Plaza
1283 Murfreesboro Road
Nashville, Tennessee 37217

JACK CARMICHAEL (Deft. C-45)
406 Angelina
Jacksonville, Texas 75766

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___5___

DOCKET NO. __679__ __ IN RE ETHANOL PLANTS SECURITIES LITIGATION

---

HERBERT H. LAVINE    (Deft. C-46)
Herbert H. Lavine
55 Fair Hill Drive
Westfield, New Jersey  07090

BERNARD JACOBS    (Deft. C-47)
Leonard G. Kamlet, Esquire
(Same as C-40)

Dennis R. LaFiura, Esquire
(Same as C-41)

RAZ INVESTMENT COMPANY, ET AL.    (C-48)
Leonrad G. Kamlet, Esquire
 (Same as C-40)

Gerald S. Siegmyer, Esquire
Richie & Greenberg, P.C.
12 Greenway Plaza, 10th Floor
Houston, Texas  77046

JOHN P. MOYER (Deft. in C-49)
Villia B. Hayes, Esq.
Hughes, Hubbard & Reed
One Wall Street
New York, New York

ROBERT NEAL CULVER (Deft. in C-50)
Robert Neal Culver
701 Kenesaw Avenue
Knoxville, Tennessee  37919

H. WYNNE JAMES, III (Deft. in C-50)
Peter J. Anderson, Esq.
(Sames As A-2)

NATIONAL UNION FIRE INSURANCE COMPANY
 OF PITTSBURGH, Pa. (C-51)
Richard F. Russell, Esqure    Same
D'Amato & Lynch                See page 2
70 Pine Street
New York, New York  10270

 EDWARD BECKER (Deft. in C-51)
Dennis R. LaFiura, Esquire
Pitney, Hardin, Kipp & Szuch
163 Madison Avenue
Morristown, New Jersey  07960
                    same as C-32

NEW HAMPSHIRE INSURANCE COMPANY
Stan Wilkins, Esquire
Turner and Boisseau
8575  West 110th
Suite 216
Overland Park, Kansas  66210

 JERRY W. DIXON
DAIVD R. LEWIS (Deft. in D-52)
Virginia B. Curry, Esq.
(Sames As C-40)

JOHN A. McENTIRE, III (Deft. in D-52)
Unable to determine counse or address

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _679_ -- ___IN RE ETHANOL PLANTS SECURITIES LITIGATION___

| Name of Party | Named as Party in Following Actions |
|---|---|
| WIENER, ZUCKERBROT, WEISS & BRECHER | A-1; A-2; A-3; A-4; A-5; A-6; B- B, C-32 C-39, D-52 |
| HOWELL BRANSON | A-1 - A-4; |
| KENNETH ZUCKERBROT | A-1, C-, C-39, |
| AMY MELTZER | A-1 - A-4; |
| LINDA LERNER | A-1 - A-4; |
| ENERGY SYSTEMS INTER-NATIONAL INC. | A-1-A-4; A-5; B-, B, C-32, C-39, D-52 |
| MORMAC, LTD | A-1 - A-4; A-5; |
| HENRY C. McDONALD | A-1 - A-4; A-5; |
| HAVER, PORCHENICK & CO. | A-1; A-2; A-3; A-4; A-5; A-6; B- B, C-32; C-39, D-52 |
| DAVID HAVER | A-1; A-4; C-32; |
| WRIGHT, HERFORDT & SANDERS | A1 - A-4; A;5, B; B, C-32, C-39; D-52 |

p. _2_

| | |
|---|---|
| CARL E. WRIGHT ✓ | A-1 - A-4; A-5; B- B, C-32, D-52 |
| TIERNEY & ERNST ✓ | A-1; A-4; A-5; B- 15, C-32, C-55, C-39; D-52 |
| THOMAS W. TIERNEY ✓ | A-1 - A-4; A-5; B- 15, C-32, C-55, C-39, D-52 |
| LINDE, THOMPSON, FAIRCHILD LANGWORTHY, KOHN & VAN DYKE, P.C. | A-1 - A-4; A-5; B- 15, C-32; C-34, D-52 |
| JAMES O. SELZER ✓ | A-1 - A-4; A-5; B- 15, C-32, C-34; |
| HAROLD E. CARD ✓ | A-1; A-4; A-5; B- 15, C-32, C-39, D-52 |
| RAYMOND JALLOW ✓ | A-1 - A-4; A-5; B- 15, C-32, C-39, D-52 |
| IRA W. PALMER ✓ | A-1 - A-4; A-5; B- 15, C-32; C-39, D-52 |
| TIM D. COMPTON ✓ | A-1 - A-4; A-5; B- 15, C-32; C-39, D-52 |
| JOHN P. REDD ✓ | A-1; A-3, A-4; A-5; B- 15, C-32 C-39, D-52 |
| RONALD R. WALKER O | A-1; A-4; A-5; B- 15, C-32, C-39, D-52 |

JPML FORM 3

p. *3*

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- ___ IN RE ETHANOL PLANTS SECURITIES LITIGATION ___

| Name of Party | Named as Party in Following Actions |
|---|---|
| WILLIAM PALMER ✓ | A-1; B-18, C-32, C-3?; D-52 |
| J. MICHAEL REDD *John Pace* S. michael Redd ✓ | A-1; A-5; B-18, C-32, D-52 |
| ETHANOL ENERGY PARTNERS X | A-2; A-5; A-5; B10, B-18, C-32, C-34; D-52 |
| ENERGYSEARCH, INC. *aka* *Butcher Capital Markets* X | A-2; A-4; A-5; A-6; B-10, B-18, B-20, C-32, C-33, C-38, D-52 |
| PARK RYAN DEVELOPMENT CO., INC. | A-2; A-3; A-5; A-6; B18, B-18, B-20, C-32, C-38, D-52 |
| PARK RYAN, INC. | A-2; A-6; C-32 |
| BUTCHER & SINGER, INC. Y | A-2; A-4; A-5; A-6; B10, B18, B20, C-32, C-33, C-38, D-52 |
| E & S ETHANOL ASSOCIATES X | A-2; A-6; C-38, D-52 |
| B & S HOLDINGS CO. X | A-2; A-4; A-5; A-6; B-18, C-32, C-33, C-38, D-52 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | A-2; A-3; A-4; A-5; A-6; B-12, B-13, B-14, B-15, B-16, B-17; C-18, C-14, C-32, C-36, C-37, C-39, C-45, C-46, C-47, C-48, |
| GLEN R. SCHULTZ ✓ | A-3; A-5; B-18, C-32, C-34, D-52 |

p. 4

| | |
|---|---|
| JAMES N. McENTIRE, III ✓ | A-3 - A-5; B-18, C-32 C-39, |
| CARL F. KELLER, JR. ✓ | A-3; A-5; B-18, C-32 C-39, D-52 |
| SARAH F. SPENO ✓ | A-3; A-5; B-18, C-32 C-39, D-52 |
| PARK, RYAN ETHANOL ASSOCIATES I O | A-3; B-18 |
| J. MICHAEL REDD ✓ | A-4; C-32 C-39, D-52 |
| HOWARD B. SCHERER + | A-5; B-18, C-39, D-52 |
| JULIUS MONTAGNA ✗ | A-5; B-18, C-32 C-39, D-52 |
| | |
| RAPHAEL KATZEN ASSOCIATES INTERNATIONAL INC. O | A-5; B-18 |
| RAPHAEL KATZEN & BIPIN SHROFF O | A-5; B-18 |
| NEDERLANDSCHE MIDDENSTANDSBANK, N.V. | B11 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 --   In re Ethanol Plants Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Larry D. Boggs (& Deborah Boggs) | B-12; |
| George S. Hoffman | B-13; |
| Van R. Hoisington | B-14 |
| Paul Lewis | B-15 |
| Gary Peters | B-16 |
| Jonathan Butcher | B-18, C-3?, D-52 |
| Fred E. Newberg | B-18, C-3?, D-52 |
| Joseph F. Hartnett | B-18, C-3?, D-52 |
| Frank Crystal & Co., Inc. | B-19 |
| Kenneth Gamble | B-19 |
| Ethanol Part Ners Accredited | B-20 |

p. **b**

| | |
|---|---|
| Home Centers, Inc. | B-21 |
| Walter Greeg | B-22 |
| Edward Becker | B-31, C-31 |
| Knox Leasing, Ltd. | B-23 |
| Morton B. Plant | B-24 |
| C. Arthur Eby, Jr. | B-25 |
| John P. Scotford, Jr. | B-26 |
| George F. Strutt | B-27 |
| Allan Dannatt | B-30 |
| Robert Meyers | C-33 |
| DAN P. CHRISHOLM | C-34 |

JPML FORM 3

p. __7__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __679__ -- __IN RE ETHANOL PLANTS SECURITIES LITIGATION__

| Name of Party | Named as Party in Following Actions |
|---|---|
| J. K. Byrd | C-35 |
| ROBERT T. FREAS | C-36; |
| George F. Donovan | C-37; |
| ROBERT S. TALBOTT | C-38; |
|  | C-40 |
| Edward J. Graham |  |
| WSKC Investments | C-41; |
| JON M. WAGNER | C-41; |
| William H. Kirkland | C-42; |
| Dwight J. Weeks | C-43; |
| Hilton Sandberg | C-44; |
| ANESI, MARIO | C-45; |

p. _____

| | |
|---|---|
| Kennedy R. Bridwell | C-45; |
| JACK CARMICHAEL | C-45; |
| HAL BERNARD DIXON | C-45; |
| RONALD M. KOUNOT | C-45; |
| DONALD P. RENALDO | C-45; |
| ZIMMERMAN INVESTMENTS, INC. | C-45; |
| RAYMOND ZIMMERMAN (its President) | C-45, C-48 |
| HERBERT H. LAVINE | C-46; |
| BERNARD JACOBS | C-47; |
| RAZ Investment Co. | C-48; |
| John B. Moyes | C-49 |

JPML FORM 3

p. 9

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 679 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert Neal Culver | C-50 |
| H. Wynne James, III | C-50 |
| Jerry W. Dixon | D-52 |
| David R. Lewis | D-52 |
| John A. McEntire, III | D-52 D-52 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |